
# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| IN RE STEPHEN HALL, | No. CV-11-62-GF-SEH |
| Petitioner, | **ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on September 27, 2011. Petitioner filed objections[2] on October 4, 2011. The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 5

[2] Document No. 6

ORDERED:

1. Petitioner's Motion to Proceed in Forma Pauperis[3] and Petition for Surveillance Videos[4] are DENIED.

2. The Clerk shall enter judgment accordingly.

DATED this 6th day of October, 2011.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document 1

[4] Document 2